■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEANETTE PRINCE, Appellant. — Judgment, Supreme Court, New York County (George Roberts, J.), rendered on March 15, 1982, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Ross, J. P., Asch, Bloom, Fein and Alexander, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WAYNE STROUD, Appellant. — Judgment, Supreme Court, New York County (Herman Cahn, J.), rendered on December 14, 1982, unanimously modified, on the law, to reverse the sentence and the matter remanded for resentencing as a second violent offender and otherwise affirmed. (See *People v Morse,* 62 NY2d 205.) No opinion. Concur — Sandler, J. P., Sullivan, Carro, Silverman and Milonas, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOMINGO MUNIZ, Appellant. — Judgment, Supreme Court, New York County (Frederick Berman, J.), rendered on December 15, 1982, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Sandler, J. P., Sullivan, Carro, Silverman and Milonas, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VICTOR CORDERO, Appellant. — Judgment, Supreme Court, New York County (Shirley Levittan, J.), rendered on May 27, 1981, unanimously affirmed. ¶ Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Sandler, J. P., Sullivan, Carro, Silverman and Milonas, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KAREN MASON, Also Known as C'AREN MAISON, Also Known as KAREN MAISON, Appellant. — Judgment, Supreme Court, New York County (Harold Rothwax, J.), rendered on September 11, 1981, unanimously affirmed. ¶ Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Sandler, J. P., Sullivan, Carro, Silverman and Milonas, JJ.

■ LANSCO CORPORATION, Appellant, v ZALE CORPORATION, Respondent. — Judgment, Supreme Court, New York County (Burton Sherman, J.), entered on June 17, 1983, unanimously affirmed, without costs and without disbursements. The appeal from the order of said court, entered on May 19, 1983, unanimously dismissed as having been subsumed in the appeal from the judgment, without costs and without disbursements. No opinion. Concur — Kupferman, J. P., Ross, Asch and Alexander, JJ.

■ In the Matter of the Arbitration between AETNA CASUALTY & SURETY COMPANY, Appellant, and ROMAN HINES et al., Respondents. — Judgment of the Supreme Court, New York County (Alfred M. Ascione, J.), entered April 29, 1983, which dismissed a petition to stay an uninsured motorist arbitration demanded by respondent and directed the parties to proceed to arbitration reversed, on the law, with costs, the petition is reinstated and the arbitration stayed, and the matter is remanded for a trial as to whether the vehicle involved in an accident with respondent was insured on the date of the